**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>SYDNEY PLAZA LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-04836-RSWL (JEMx)<br><br>*Hon. Ronald S.W. Lew*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 29, 2020<br>Trial Date: Not on Calendar |

///
///
///
///
///
///
///
///
///

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's ("Plaintiff") action against Defendant Sydney Plaza LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: September 29, 2020

s/ RONALD S.W. LEW
Ronald S.W. Lew
United States District Judge